IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, SERGIO PEREIRA, ESTHER SYGAL-PEREIRA, MATTHEW MARKOSIAN, NAIMISH BAXI, HARVEY MINANO, SYDNEY PECK, MAHMUD IBRAHIM, and GEORGE AMORES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC., and SLM CORPORATION,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-07712<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SLM CORPORATION ONLY**<br><br>Filed Electronically |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs and counsel for Defendant SLM Corporation ("SLM") as follows:

1. All claims asserted by Plaintiffs against Defendant SLM in this action are dismissed, without prejudice.

2. Any and all statute of limitations periods relating to any of the claims asserted by Plaintiffs against Defendant SLM in the Complaint shall be tolled as of the date of the filing of the Complaint in this action. For the avoidance of doubt, nothing in this Stipulation of Dismissal Without Prejudice as to Defendant SLM Corporation Only shall operate to revive or extend the time for filing any claim that is time barred or barred by any applicable statute or period of limitations, statutes of response, or any other defenses as of the date of the filing of the Complaint in this action.

Dated: October 19, 2020

By:

/s/ Xavier M. Bailliard
Xavier M. Bailliard (XB8980)
Kranjac Tripodi & Partners LLP
30 Wall Street, 12th Floor
New York, New York 10005
Phone: (917) 534-6127
xbailliard@ktpllp.com
*Attorney for Plaintiffs*

By: Craig A. Domalewski

/s/ Craig A. Domalewski
Craig A. Domalewski
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
Phone: (908) 272-0200
cdomalewski@dughihewit.com
*Attorney for SLM Corporation*

**So Ordered**

this 20th day of October 2020

Susan D. Wigenton, U.S.D.J.