**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No: 20-7712(SDW)(LDW)<br><br>**ORDER**<br><br><br>July 8, 2021 |

**WIGENTON**, District Judge.

　　　This matter, having come before this Court on Defendant Navient Corporation and Navient Solutions, LLC f/k/a Navient Solutions, Inc. f/k/a Sallie Mae, Inc.'s (collectively, "Navient" or "Defendants") Motion to Dismiss Plaintiffs Brian Manetta, Sergio Pereira, Esther Sygal-Pereira, Matthew Markosian, Naimish Baxi, Harvey Minano, Sydney Peck, Mahmud Ibrahim, and George Amores' (collectively, "Plaintiffs") Class Action Complaint and to Strike portions of the Complaint pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(6) and 12(f), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated July 8, 2021,

　　　**IT IS** on this 8th day of July, 2021

　　　**ORDERED** that Defendants' Motion to Dismiss is **GRANTED** as to Count Six and **DENIED** as to Counts One – Five; and it is further

2

**ORDERED** that Defendants' Motion to Strike is **GRANTED** as to Paragraphs 19-36 of the Complaint and **DENIED** as to the remainder of the Complaint.

   /s/ Susan D. Wigenton     
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:       Clerk
              Leda D. Wettre, U.S.M.J.
              Parties