# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, *et al., individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>20-7712 (SDW) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of plaintiffs' March 2, 2022 request for extension of discovery deadlines (ECF No. 57), and for good cause shown,

**IT IS, on this 4th day of March 2022, ORDERED** that the Pretrial Scheduling Order entered September 27, 2021 (ECF No. 43) is hereby amended as follows:

1. Any request for leave to file a motion to add new parties or amend pleadings, whether by amended or third-party complaint, must be filed no later than **April 18, 2022**.

2. Fact discovery is extended through **May 31, 2022**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

3. The telephonic status conference before the undersigned on **April 4, 2022 at 4:30 p.m.** shall proceed as scheduled. The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                                         *s/ Leda Dunn Wettre*
                                                         Hon. Leda Dunn Wettre
                                                         United States Magistrate Judge