# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, *et al., individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>20-7712 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of an April 25, 2022 telephone conference before the undersigned, and for good cause shown,

**IT IS** on this day, April 25, 2022, **ORDERED** that:

1. The parties shall file a joint letter setting forth no more than 5 discovery disputes requiring resolution by the Court on or before **May 18, 2022**.

2. The Court will hear oral argument on the parties' discovery disputes on **May 24, 2022 at 3:00 p.m.** via Zoom videoconference. Log-in information will be circulated to counsel prior to the argument.

3. Depositions of plaintiffs that have already been scheduled shall proceed as planned.

4. The May 31, 2022 deadline for completion of remaining depositions is adjourned *sine die*, to be reset at the conclusion of oral argument on May 24, 2022.

                                                    *s/ Leda Dunn Wettre*
                                                    Hon. Leda Dunn Wettre
                                                    United States Magistrate Judge