## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 20-7712 (SDW) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a June 22, 2022 case management conference on the record before the undersigned, and for good cause shown,

**IT IS, on this 28th day of June 2022, ORDERED** that the Pretrial Scheduling Order entered September 27, 2021 (ECF No. 43), as subsequently amended, is hereby further amended as follows:

1. Plaintiffs' counsel shall serve amended document requests on or before **July 8, 2022**.

2. Plaintiffs' counsel shall serve a Rule 30(b)(6) deposition notice on or before **July 8, 2022**.

3. Fact discovery is extended through **September 30, 2022**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

4. The parties shall appear for a telephonic status conference before the undersigned on **August 11, 2022 at 12:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

                                                *s/ Leda Dunn Wettre*
                                                Hon. Leda Dunn Wettre
                                                United States Magistrate Judge