# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>20-7712 (EP) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a November 8, 2022 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 8th day of November 2022, ORDERED** that the Pretrial Scheduling Order entered September 27, 2021 (ECF No. 43), as subsequently amended, is hereby further amended as follows:

1. Plaintiffs' counsel shall serve a letter on defense counsel narrowing their pending Requests for Production of Documents on or before **November 11, 2022**.

2. As agreed by the parties, Navient shall produce records for a sample of 500 unnamed borrowers on or before **November 30, 2022**.

3. Fact discovery is extended **FOR A FINAL TIME** through **February 28, 2023**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

4. All affirmative expert reports shall be delivered by **April 14, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **May 31, 2023**. Any such report shall comport with the form and content requirements referenced above.

6. The parties shall appear for a telephonic status conference before the undersigned on **March 6, 2023 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

7. The parties shall appear for a settlement conference before the undersigned on **June 20, 2023 at 10:00 a.m.** The Court will advise the parties of the means by which the conference will be held prior to that date. Clients with full and immediate settlement authority must attend for the duration. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge