UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MANETTA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>20-7712 (EP) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of defendant Navient Corporation's September 23, 2022 dispute letter regarding third-party witnesses Maulik Sanghavi and Michelle Robalino-Sanghavi's assertion of privileges at deposition (ECF No. 80); and the Court having considered the third-party witnesses' October 10, 2022 response and Navient's October 26, 2022 reply (ECF No. 89); and counsel for the parties and the third-party witnesses having appeared before the undersigned for a telephone conference held on the record on November 8, 2022; and for good cause shown;

**IT IS** on this day, November 8, 2022, **ORDERED** that Navient's objections to Michelle Robalino-Sanghavi's anticipated assertion of privileges at deposition are overruled, and Navient may seek testimony from this witness only as to the relevant topics set forth by the Court on the record; and it is further

**ORDERED** that Maulik Sanghavi has testified fully as to those topics the Court identified as relevant on the record.

                                               *s/ Leda Dunn Wettre*
                                               Hon. Leda Dunn Wettre
                                               United States Magistrate Judge