# KRANJAC TRIPODI & PARTNERS LLP

**ATTORNEYS AT LAW**

XAVIER M. BAILLIARD
PARTNER
(917) 534-6127
XBAILLIARD@KTPLLP.COM

November 16, 2022

**<u>Via ECF</u>**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: **Manetta, et al. v. Navient Corporation, et al.**
      <u>Case No. 2:20-cv-07712-SWD-LDW</u>

Dear Judge Wettre:

  This firm represents Plaintiffs in the referenced matter. Pursuant to Your Honor's November 8, 2022 Amended Scheduling Order [ECF No. 93], Plaintiffs were to serve Defendants with a letter narrowing their pending Requests for Production of Documents on or before November 11, 2022. However, shortly after the November 8, 2022 conference before Your Honor, we experienced a significant accident and damage to my home, which has resulted in my being out of the office since then in order to deal with multiple issues arising therefrom. As such, I sought consent from Defendants to extend Plaintiffs' time to serve the letter, initially to Monday, November 14, 2022 and again to Friday, November 18, 2022, in order to permit me to handle/resolve the issues relating to my home and to prepare the letter. Defendants consented to this request. As such, we would respectfully request that the Court permit Plaintiffs to serve their letter on Friday, November 18, 2022 (in lieu of November 11, 2022).**\*\***

  We thank Your Honor for your attention to this matter.

            Respectfully submitted,

            s/ Xavier M. Bailliard

            Xavier M. Bailliard

cc. All counsel of record (via ECF)

**\*\*** Application granted. <u>Failure to serve the letter narrowing pending RFPs by 11/18/2022 will result in waiver of the right to do so</u>.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:**  11/18/2022